Dawn O'CONNOR, Appellant,

v.

HERMANNHOF WINERY, INC., Respondent.

No. ED 89316.

Missouri Court of Appeals, Eastern District, Division Three.

Oct. 16, 2007.

Judy R. Ullmann, Nevada, MO, for appellant.

Michael J. Pitzer, Matthew A. Brown, St. Louis, MO, for respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Dawn O'Connor appeals from the trial court's grant of summary judgment in favor of Hermannhof Winery, Inc. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).